JUDGE DUFFY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA          :

       v.                              :

MELISSA MATOS,                    :     10 Cr.

          Defendant.          :

------------------------------------X

**10 CRIM 1258**

       The above-named defendant, who is accused of violating Title 18, United States Code, Sections 371, 641, 1028A, 1344, 1349, 1956(a)(1)(B)(i), 1956(h), being advised of the nature of the charges and of her rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:  New York, New York
       December 16, 2010



0202